Annie Lau (SBN 302438)
E-Mail: alau@fisherphillips.com
Brandon K. Kahoush (SBN 311560)
E-Mail: bkahoush@fisherphillips.com
Jenna M. Rogenski (SBN 340133)
E-Mail: jrogenski@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
MATTRESS FIRM, INC.

Roman Otkupman
Email: Roman@OLFLA.com
Nidah Farishta,
Email: Nidah@OLFLA.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
5743 Corsa Ave., Suite 123
Westlake Village, California 91362
Telephone: (818) 293-5623
Facsimile: (888) 850-1310

Attorneys for Plaintiff
CARMEN VALENCIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CARMEN VALENCIA, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>MATTRESS FIRM, INC. a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 3:22-cv-06875-WHA<br><br>(Santa Clara Superior Court Case No. 22CV403324)<br><br>**JOINT STATUS REPORT**<br><br><br>Complaint Filed: September 20, 2022<br>Trial Date:      None Set |

Plaintiff CARMEN VALENCIA ("Plaintiff") and Defendant MATTRESS FIRM, INC. ("Defendant") (collectively, the "Parties") submit the following joint status report pursuant to the Court's Order Granting in Part Defendant's Motion to Compel Arbitration (ECF No. 31).

The Parties have agreed to settle this matter on May 17, 2023. Plaintiff agreed to file a request for dismissal without prejudice as to the instant action. Accordingly, the Parties request a further stay of the proceedings in this matter until Plaintiff's request for dismissal is filed with the Court.

DATE: June 2, 2023                FISHER & PHILLIPS LLP

By: /s/ Brandon K. Kahoush
ANNIE LAU
BRANDON K. KAHOUSH
JENNA M. ROGENSKI
Attorneys for Defendant
MATTRESS FIRM, INC.

DATE: June 2, 2023                OTKUPMAN LAW FIRM

By: /s/ Roman Otkupman
ROMAN OTKUPMAN
Attorney for Plaintiff
CARMEN VALENCIA

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint status report is submitted, concur in the filing's contents and have authorized the filing.

DATE: June 2, 2023

FISHER & PHILLIPS LLP

By: /s/ Brandon K. Kahoush
ANNIE LAU
BRANDON K. KAHOUSH
JENNA M. ROGENSKI
Attorneys for Defendant
MATTRESS FIRM, INC.