UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARMEN VALENCIA,

        Plaintiff,

  v.

MATTRESS FIRM, INC.,

        Defendant.

No. C 22-06875 WHA

**ORDER RE STATUS REPORT AND REQUEST TO EXTEND STAY**

In their joint status report, the parties represent that they entered into an agreement to settle this action on May 17, 2023, and thus request that the stay continue until dismissal is filed (Dkt. No. 32). The report does not elaborate on why dismissal has yet to be filed. Because the California Supreme Court has yet to decide *Adolph v. Uber Techs., Inc.*, No. G059860, 2022 WL 1073583 (Cal. Ct. App., Apr. 11, 2022), *review granted* (Cal. July 20, 2022), this order declines to lift the current stay in this action. However, in light of the parties' representation of settlement, the parties **SHALL FILE** a joint status report explaining whether this agreement to settle is in writing and fully executed, and what prevents finalization of settlement by **JUNE 13, 2023**. The parties' obligation to file a joint status report within ten days of the California Supreme Court entering a decision in *Adolph* remains intact.

**IT IS SO ORDERED.**

Dated: June 6, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE