Annie Lau (SBN 302438)
E-Mail: alau@fisherphillips.com
Brandon K. Kahoush (SBN 311560)
E-Mail: bkahoush@fisherphillips.com
Jenna M. Rogenski (SBN 340133)
E-Mail: jrogenski@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
MATTRESS FIRM, INC.

Roman Otkupman
Email: Roman@OLFLA.com
Nidah Farishta,
Email: Nidah@OLFLA.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
5743 Corsa Ave., Suite 123
Westlake Village, California 91362
Telephone: (818) 293-5623
Facsimile: (888) 850-1310

Attorneys for Plaintiff
CARMEN VALENCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CARMEN VALENCIA, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>MATTRESS FIRM, INC. a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 3:22-cv-06875-WHA<br><br>(Santa Clara Superior Court Case No. 22CV403324)<br><br>**JOINT STATUS REPORT**<br><br><br>Complaint Filed: September 20, 2022<br>Trial Date: None Set |

Plaintiff CARMEN VALENCIA ("Plaintiff") and Defendant MATTRESS FIRM, INC. ("Defendant") (collectively, the "Parties") submit the following joint status report pursuant to the Court's Order Re Status Report and Request to Extend Stay (ECF No. 33).

The Parties agreed to settle this matter on May 17, 2023 and entered into a written settlement agreement (the "agreement"), fully executed by both Parties. Plaintiff agreed to file a request for dismissal without prejudice as to the instant action and will do so upon receipt of the full settlement payment. To date, Plaintiff has received a portion of the settlement payment, and the Parties are finalizing the details of the remaining portion of the settlement payment.

DATE: June 13, 2023              FISHER & PHILLIPS LLP

                                 By: /s/Brandon K. Kahoush
                                 ANNIE LAU
                                 BRANDON K. KAHOUSH
                                 JENNA M. ROGENSKI
                                 Attorneys for Defendant
                                 MATTRESS FIRM, INC.

DATE: June 13, 2023              OTKUPMAN LAW FIRM

                                 By: /s/Roman Otkupman
                                 ROMAN OTKUPMAN
                                 Attorney for Plaintiff
                                 CARMEN VALENCIA

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint status report is submitted, concur in the filing's contents and have authorized the filing.

DATE: June 13, 2023                             FISHER & PHILLIPS LLP

By: /s/Brandon K. Kahoush
ANNIE LAU
BRANDON K. KAHOUSH
JENNA M. ROGENSKI
Attorneys for Defendant
MATTRESS FIRM, INC.