Roman Otkupman, CSBN 249423
roman@olfla.com
Nidah Farishta, CSBN 312360
Nidah@olfla.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
5743 Corsa Ave, Suite 123
Westlake Village, CA 91362
Telephone:  818. 293.5623
Facsimile:   818.850.1310

Attorney for Plaintiff
Carmen Valencia


Annie Lau (SBN 302438)
E-Mail: a1au@fisherphillips.com
Brandon K. Kahoush (SBN 31 1560)
E-Mail: bkahoush@fisherphillips.com
Jenna M. Rogenski (SBN 340133)
E-Mail: jrogenski@fisherphillips.com
FISHER & PHILLIPS LLP
1 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
FACSIMILE: (415) 490-9001

Attorneys for Defendant
Mattress Firm Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN VALENCIA,<br><br>             Plaintiff,<br><br>     vs.<br><br>MATTRESS FIRM, INC.,<br><br>             Plaintiff, | CASE NO.: 5:22-cv-06875-NC<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

**[PROPOSED] ORDER**

The Joint Stipulation for Dismissal Without Prejudice submitted by Plaintiff Carmen Valencia and Defendant Mattress Firm Inc. is approved. IT IS ORDERED THAT: the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and the Parties are to bear their own costs and attorneys' fees.

Dated: July 7, 2023



United States District Judge
Northern District of California

[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE